IN THE CIRCUIT COURT OF THE 5TH JUDICIAL CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

TINA BROCKIE,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY ("CHUBB"),

    Defendant.

_____/

CASE NO.:

## COMPLAINT

TINA BROCKIE, (the "Plaintiff"), hereby sues Defendant, FEDERAL INSURANCE COMPANY ("CHUBB"), (the "Defendant"), and alleges as follows:

### PARTIES, JURISDICTION & VENUE

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000) exclusive of interest, costs and fees.

2. The Plaintiff is an individual who at all times material hereto has resided in Lake County, Florida.

3. The Defendant is a Florida Corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and has at all times material hereto been conducting business in Lake County, Florida.

4. Venue is proper in Lake County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Lake County, Florida, the subject property is located in Lake County, Florida, and Defendant has engaged in substantial and not isolated activity within Lake County, Florida, pursuant to Fla. Stat. § 48.193(2).

5. All conditions precedent to the filing of this lawsuit have occurred, have been waived or have been performed.

## GENERAL ALLEGATIONS

6. At all times material hereto, in consideration of a premium paid by the Plaintiff, there was in full force and effect a certain homeowners insurance policy issued by the Defendant with a policy number of 1327485801 (the "Policy").

7. The Plaintiff is not in possession of a full copy of the insurance policy sued upon herein and is therefore unable to attach a copy of the entire policy that forms the basis of this Complaint. However, the Plaintiff hereby incorporates by reference the insurance policy pursuant to Fla. R. Civ. P. 1.350(a). A copy of the Policy will be obtained via Discovery.

8. Accordingly, under the terms of the Policy, the Defendant agreed to provide insurance coverage to the Plaintiff's property against certain losses. The damaged property is located at 10645 Arrowtree Blvd., Clermont, FL. 34711 (the "Property").

9. On or about 09/19/2012, while the Policy was in full force and effect, the Property sustained a covered loss as a result of water damage (the "Loss").

10. Shortly thereafter the Plaintiff reported the Loss to the Defendant.

11. Accordingly, the Defendant assigned claim number 047514027350 and inspected the Property.

12. Subsequently, the Defendant denied the claim for the Loss.

13. By its failure to tender any payment to repair the Property and assume coverage for the Loss, the Defendant has materially breached the Policy.

14. The Defendant has failed to provide neither coverage nor payment to the Plaintiff for her losses stemming from the Loss.

15. The Plaintiff has suffered and continues to suffer damages resulting from Defendant's breach of the Policy.

16. The Plaintiff was obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees pursuant to Fla. Stat. § 627.428.

## COUNT I
## BREACH OF CONTRACT

The Plaintiff reincorporates paragraphs 1 through 16 as if fully set forth herein.

17. It is undisputed that the Plaintiff and the Defendant entered into a written contract, the Policy, wherein the Plaintiff agreed to pay a premium and in exchange the Defendant agreed to insure the Property.

18. The Plaintiff has paid all premiums due and owing as contemplated by the Policy, thus, fully performing her obligations under the Policy.

19. Further, at all times material hereto, the Plaintiff has satisfied all post-loss obligations accorded in the Policy, including but not limited to: (i) immediately reporting the Loss to the Defendant; (ii) providing all documents in her possession and control; and (iii) making the property available for inspection.

20. The Defendant has failed to provide neither coverage nor payment to the Plaintiff for her losses stemming from the covered peril.

21. As a result of the foregoing, the Defendant has breached the Policy.

22. As a direct and proximate result of the Defendant's breach of the Policy, the Plaintiff has sustained damages.

WHEREFORE, the Plaintiff, TINA BROCKIE, respectfully requests that this Honorable Court enter judgment against the Defendant, FEDERAL INSURANCE COMPANY

("CHUBB"), for damages, plus interest, court costs and reasonable attorneys' fees pursuant to Fla. Stat. § 627.428, and that the drafts for insurance proceeds comply with Fla. Stat. § 627.70121.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury of all issues triable as a matter of right.

Dated this 10th day of February, 2014.

                **TRUJILLO VARGAS**
                **ORTIZ & GONZALEZ, LLP**
                6965 Piazza Grande Ave. Suite 417
                Orlando, FL 32835
                Tel: 407.603.7940
                Fax: 407.603.7943

                By:_____/s/_____
                      Louis A. Gonzalez, Esq.
                      Fla. Bar No. 84213